DENNIS J PICKETT #69774
*(full name/prisoner number)*
SOUTH IDAHO CORRECTIONAL INSTITUTION
P.O. BOX 8509
BOISE, ID 83707
*(complete mailing address)*

**U.S. COURTS**

JUL 30 2020

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

DENNIS J PICKETT,
*(full name)*
    Plaintiff,

v.

BOISE POLICE DEPARTMENT
MATTHEW BRYNGELSON
KEPA ZUBIZARRETA
AMY MORGAN
JOHN DOE 1-XL
    Defendant(s).

*(if you need additional space, use a blank page for a continuation page)*

Case No.
*(to be assigned by Court)*

CIVIL RIGHTS 1983
COMPLAINT

Jury Trial Requested: ☒ Yes   ☐ No

## A. JURISDICTION

The United States District Court for the District of Idaho has jurisdiction over my claims under:
*(check all that apply):*

☒ 42 U.S.C. § 1983 *(applies to state, county, or city defendants)*
☐ Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 *(applies to federal government defendants only)*
☐ Other federal statute *(specify)* _____; or diversity of citizenship.
☒ I also ask the federal court to exercise supplemental jurisdiction over state law claims.

## B. PLAINTIFF

My name is DENNIS J PICKETT. I am a citizen of the State of IDAHO, presently residing at SOUTH IDAHO CORRECTIONAL INSTITUTION, BOISE ID.

CIVIL RIGHTS 1983 COMPLAINT - p. 1                                              *(Rev. 10/24/2011)*

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing **BOISE POLICE DEPARTMENT** who was acting as **MUNICIPALITIES**
   *(defendant)*                                                    *(job title, if a person; function, if an entity)*

   for the **BOISE CITY, ADA COUNTY BOISE IDAHO POLICE,**
   *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on **AUGUST 10, 2018**, Defendant did
   *(dates)*

   the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
   DEFENDANT HAS POLICY OR PROCEDURES IN PLACE THAT ALLOWS OFFICERS ACTING UNDER COLOR OF LAW TO VIOLATE CITIZENS CONSTITUTIONAL RIGHTS; ie NOT VIDEO/AUDIO RECORDING THEIR COMPLETE ACTIONS WHILE ON DUTY, NOT REQUIRING OFFICER TO WRITE AN INCIDENT REPORT AFTER COMPLETION OF INCIDENT OR END OF SHIFT

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
   14th AMENDMENT, FAILURE TO TRAIN

4. I allege that I suffered the following injury or damages as a result:
   THROUGH POLICE MISCONDUCT AND THE ABILITY FOR OFFICERS ACTIONS TO GO UNCHECKED PICKETTS DAUGHTER WAS SEIZED, FACTS OF THE INCIDENT WERE OMITTED FROM MAGISTRATE RESULTING IN A SECOND SEARCH OF PICKETT's PROPERTY, AND PICKETTS HOME WAS SEARCHED WITHOUT CONSENT.

5. I seek the following relief: INJUNCTION RELIEF, TO ENFORCE POLICY'S PROCEDURE OF CONSTANT VIDEO/AUDIO BODY CAM RECORDING, MANDATORY WRITTEN INCIDENT REPORT OF EVERY OFFICER INVOLVED.

6. I am suing Defendant in his/her ☐ personal capacity *(money damages from Defendant personally)*, and/or
   ☒ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☒ Defendant is an entity *(government or private business)*.

N/A 7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
   ☒ Yes ☒ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.

CIVIL RIGHTS 1983
COMPLAINT - p. 2                                                                                  *(Rev. 10/24/2011)*

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing **MATTHEW BRYNGELSON**, who was acting as **SGT, BOISE POLICE OFFICER**
   *(defendant)* *(job title, if a person; function, if an entity)*

   for the **BOISE CITY POLICE DEPARTMENT, IDAHO**
   *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on **AUGUST 10, 2018**, Defendant did
   *(dates)*

   the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
   DEFENDANT WAS THE SUPERVISING OFFICER ON SCENE AND LEAD FELLOW OFFICERS IN FORCIBLY DETAINING PICKETT, ENTERING PICKETTS HOME WITHOUT CONSENT, SEARCHING ROOMS AND OBJECTS HE BELIEVED CONTRABAND TO BE, FAILED TO UPHOLD PICKETT OR R.P.'S CIVIL RIGHTS, SUPERVISE WITH INTEGRITY, HOLD HIMSELF OR SUBORDINATES ACCOUNTABLE. OMITTED FACTS OF SEARCH FROM MAGISTRATE IN ORDER TO FURTHER HIS INVESTIGATION. PARTICIPATED IN GOVERNMENTAL KIDNAPPING.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
   CONSTITUTIONAL AMENDMENTS 4, 5, 6, 14; INVASION OF PRIVACY, PLACING ME IN FALSE LIGHT, CONSPIRACY TO DEPRIVE, PROFFESSIONAL MALPRACTICE, FORCEFUL ENTRY, TRESPASSING, GOVERNMENTAL KIDNAPPING, POLICE MISCONDUCT.

4. I allege that I suffered the following injury or damages as a result:
   PICKETT'S DAUGHTER WAS SEIZED, TRUTH ABOUT SEARCH WAS OMITTED IN ORDER TO FURTHER INVESTIGATION, FEARFUL OF THE POLICE, EMOTION DISTRESS, LOSS OF EARNINGS INJURIES ARE STILL ACCURING.

5. I seek the following relief: **MONETARY DAMAGES TO BE DETERMINED. INJUNCTION RELIEF TO FOLLOW POLICY'S PROCEDURE, WEAR A RECORDING AUDIO/VIDEO DEVICE AND WRITE AN INCIDENT REPORT ~~BEFORE~~ FOLLOWING EACH INCIDENT.**

6. I am suing Defendant in his/her ☒ personal capacity *(money damages from Defendant personally)*, and/or
   ☐ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☐ Defendant is an entity *(government or private business)*.

N/A 7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
   ⊗ Yes ⊗ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.

CIVIL RIGHTS
~~PRISONER~~ COMPLAINT - p. 2

*(Rev. 10/24/2011)*

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing **KEPA ZUBIZARRETA**, who was acting as **OFC. BOISE POLICE OFFICER**
   *(defendant)* *(job title, if a person; function, if an entity)*

   for the **BOISE CITY POLICE DEPARTMENT, IDAHO**
   *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on **AUGUST 10, 2018**, Defendant did
   *(dates)*
   the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
   DEFENDANT WENT INTO PICKETT'S HOME WITHOUT HIS CONSENT AND SEARCHED ROOMS, CLOSETS, DRESSER DRAWERS, NIGHTSTAND DRAWERS, UNDER BED, UNDER PILLOWS AND MATTRESSES. THEN FAILED TO WRITE ABOUT HIS ACTIONS IN AN INCIDENT REPORT DESCRIBING HIS ACTIONS WHILE IN PICKETTS HOME, WHAT HE FOUND OR DIDN'T FIND, PARTICIPATED IN GOVERMENTAL KIDNAPPING.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
   CONSTITUTIONAL AMENDMENTS 4, 5, 6, 14, INVASION OF PRIVACY, PLACING ME IN FALSE LIGHT, CONSPIRACY TO DEPRIVE, PROFFESIONAL MALPRACTICE FORCEFUL ENTRY, TRASPASSING, GOVERMENTAL KIDNAPPING, POLICE MISCONDUCT

4. I allege that I suffered the following injury or damages as a result:
   PICKETTS DAUGHTER WAS SIEZED, TRUTH ABOUT SEARCH WAS OMITTED IN ORDER TO FURTHER INVESTIGATION, FEARFUL OF THE POLICE, EMOTIONAL DISTRESS, LOSS OF EARNINGS, INJURIES ARE STILL ACCURING.

5. I seek the following relief: MONETARY DAMAGES TO BE DETERMINED, INJUNCTION RELIEF, TO FOLLOW POLICY'S PROCEDURE, WEAR A RECORDING AUDIO/VIDEO DEVICE AND WRITE AN INCIDENT REPORT AFTER EACH INCIDENT. POLICE

6. I am suing Defendant in his/her ☒ personal capacity *(money damages from Defendant personally)*, and/or MISCONDUCT.
   ☐ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☐ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
   N/A ☒ Yes ☒ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.

CIVIL RIGHTS
~~PRISONER~~ COMPLAINT - p. 2          *(Rev. 10/24/2011)*

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing **Amy Morgan** *(defendant)*, who was acting as **Det. Boise Police Officer** *(job title, if a person; function, if an entity)*

   for the **Boise City Police Department, Idaho**
   *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on **August 10, 2018** *(dates)*, Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
   DEFENDANT PINGED PICKETT'S PHONE IN ORDER TO SEARCH HIS LOCATION IN HIS HOME SO DEFENDANTS COULD SEIZE PICKETTS DAUGHTER (R.P.) DEFENDANTS WENT INTO PICKETTS HOME TO SEARCH FOR ILLEGAL CONTRABAND AND SEIZE PICKETTS DAUGHTER. FAILED TO WRITE AN INCIDENT REPORT ABOUT HER ACTIONS WHILE IN PICKETTS HOME. SEIZED PICKETT'S DAUGHTER WITHOUT SHOWING COURT ORDER TILL DAUGHTER WAS GONE, NOT EVEN SURE IT WAS A COURT ORDER.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
   CONSTITUTIONAL AMENDMENTS 4,5,6,14, INVAASION OF PRIVACY, PLACING ME IN FALSE LIGHT, CONSPIRACY TO DEPRIVE, PROFFESSIONAL MALPRACTICE, FORCEFUL ENTRY, TRESPASSING, GOVERNMENTAL KIDNAPPING, POLICE MISCONDUCT.

4. I allege that I suffered the following injury or damages as a result:
   PICKETT'S DAUGHTER (R.P.) WAS SIEZED, TRUTH ABOUT SEARCH WAS OMITTED IN ORDER TO FURTHER INVESTIGATION. FEARFUL OF POLICE, EMOTIONAL DISTRESS LOSS OF EARNINGS, INJURIES ARE STILL ACCURING.

5. I seek the following relief: MONETARY DAMAGES TO BE DETERMINED, INJUNCTION RELIEF TO FOLLOW POLICY & PROCEDURE, WEAR A RECORDING- AUDIO/VIDEO DEVICE AND WRITE AN INCIDENT REPORT FOLLOWING EACH INCIDENT.

6. I am suing Defendant in his/her ☒ personal capacity *(money damages from Defendant personally)*, and/or ☐ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☐ Defendant is an entity *(government or private business)*.

N/A 7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. ☒ Yes ☒ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.

CIVIL RIGHTS 1983
COMPLAINT - p. 2    *(Rev. 10/24/2011)*

### D. PREVIOUS OR PENDING LAWSUITS

I have pursued or am now pursuing the following other lawsuits: *(include (1) all lawsuits in state or federal court related to the subject matter of this action, and (2) any federal court civil rights lawsuits, related or unrelated, and note whether you have received a strike under 28 U.S.C. § 1915(g) for filing a complaint that is frivolous, malicious, or fails to state a claim upon which relief can be granted.)*

| Court | Case No. | Case Name | Status of Case | Strike? |
|---|---|---|---|---|
| Id | CV01-20-03282 | CIVIL RIGHTS COMPLAINT | PENDING | No |

### E. REQUEST FOR APPOINTMENT OF ATTORNEY

I do ◯  do not ☒  request that an attorney be appointed to represent me in this matter. I believe that I am in need of an attorney for these particular reasons which make it difficult for me to pursue this matter without an attorney:

### F. DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury:

that I am the plaintiff in this action, that I have read the complaint, and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621; and

that I deposited this complaint postage prepaid in a United States postal depository unit on 7/27/2020 *(date)*; OR that I gave the complaint to prison officials for mailing and filing with the Clerk of Court under the indigent inmate policy on _____ *(date)*; OR *(specify other method)*

Executed at ___SCI___ on ___July 27, 2020___.
         *(Location)*              *(Date)*

_____
Plaintiff's Original Signature

*Note: Fill in the page numbers. Keep one copy of the complaint for yourself (or you may send a copy to the Clerk of Court with your original complaint so that the Clerk can stamp the date and case number on the copy and return it to you), but do not send extra copies of the complaint to the Court for Defendants or otherwise. Do not attach original exhibits to your complaint, such as your only grievance copy. Do not attach more than 25 pages of exhibits. If you have more exhibits, wait until the Court determines you can proceed and then seek leave to file them for an appropriate purpose. After your complaint has been filed, it must be reviewed by a federal judge to determine whether you can proceed.*

Civil Rights 1983
~~PRISONER~~ COMPLAINT - p. 3      *(Rev. 10/24/2011)*